JUDGE KOELTL

07 CV 10727

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

LUYANG (HK) GROUP LIMITED,

                Plaintiff,              07 Civ. _____

  - against -                            ECF CASE

MARVEL INTERNATIONAL MANAGEMENT AND
TRANSPORTATION CO. LTD. and EUROTEAM
MARITIME SA

                Defendants.
------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

        NONE.

Dated: November 30, 2007
       Southport, CT

                                  The Plaintiff,
                                  LUYANG (HK) GROUP LIMITED

                                By: _____
                                Charles E. Murphy (CM 2125)
                                Patrick F. Lennon (PL 2162)
                                LENNON, MURPHY & LENNON, LLC
                                The Gray Bar Building
                                420 Lexington Ave., Suite 300
                                New York, NY 10170
                                (212) 490-6050
                                facsimile (212) 490-6070
                                nrp@lenmur.com
                                pfl@lenmur.com

RECEIVED NOV 30 2007 U.S.D.C. S.D.N.Y. CASHIERS