UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LUYANG (HK) GROUP LIMITED,

                Plaintiff,

- against -

MARVEL INTERNATIONAL MANAGEMENT AND
TRANSPORTATION CO. LTD. and EUROTEAM
MARITIME SA,

                Defendants.
-------------------------------------------------------------X

07 Civ. 10727 (JGK)

ECF CASE

NOTICE OF VOLUNTARY DISMISSAL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2008

Please take notice, there having been no appearance from the Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The attachment is hereby vacated and garnishee bank, Deutsche Bank, is directed to immediately release Defendants' funds which it restrained pursuant to the Ex-Parte Order issued in the instant action in the approximate amounts of $28,040.51, $29,575.00, $7,413.00 and $38,333.55 pursuant to their original instructions unless Defendants or Defendants' counsel provides directions to the contrary.

Furthermore, J.P. Morgan Chase and American Express Bank, are directed to immediately release Defendants' funds which it restrained pursuant to the Ex-Parte Order issued in the instant action in the approximate amounts of $178,881.15 and $197,576.26, respectively, pursuant to their original instructions unless Defendants or Defendants' counsel provides directions to the contrary.

Dated: December 20, 2007
       Southport, CT

                              The Plaintiff,
                              LUYANG (HK) GROUP LIMITED

                              By: _____
                              Nancy R. Peterson (NP 2871)
                              LENNON, MURPHY & LENNON, LLC
                              420 Lexington Ave., Suite 300
                              New York, NY 10170 (212) 490-6050

_____
       U.S.D.J.
1/3/08