UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUYANG (HK) GROUP LIMITED,

       Plaintiff,         07 Civ. 10727 (JGK)

 - against -             ECF CASE

MARVEL INTERNATIONAL MANAGEMENT AND  NOTICE OF
TRANSPORTATION CO. LTD. and EUROTEAM   VOLUNTARY
MARITIME SA,              DISMISSAL

       Defendants.
------------------------------------------------------------X

Please take notice, there having been no appearance from the Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The attachment is hereby vacated and garnishee bank, Deutsche Bank, is directed to immediately release Defendants' funds which it restrained pursuant to the Ex-Parte Order issued in the instant action in the approximate amounts of $28,040.51, $29,575.00, $7,413.00 and $38,333.55 back to the ORIGINATOR of the wires unless Defendants or Defendants' counsel provides directions to the contrary.

Furthermore, J.P. Morgan Chase and American Express Bank, are directed to immediately release Defendants' funds which it restrained pursuant to the Ex-Parte Order issued in the instant action in the approximate amounts of $178,881.15 and $197,576.26, respectively, pursuant to their original instructions unless Defendants or Defendants' counsel provides directions to the contrary.

Dated: January 4, 2008
   Southport, CT

               The Plaintiff,
               LUYANG (HK) GROUP LIMITED

So ordered.
*[signature]*
1/4/08  U.S.D.J.

               By: *[signature]*
               Nancy R. Peterson (NP 2871)
               LENNON, MURPHY & LENNON, LLC
               420 Lexington Ave., Suite 300
               New York, NY 10170 (212) 490-6050